**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**WENDELL DUNCAN, #32726**                                                      **PLAINTIFF**

**VERSUS**                                  **CIVIL ACTION NO.  4:09-cv-177-HTW-LRA**

**DALE CASKEY, et al.**                                                      **DEFENDANTS**

<u>FINAL JUDGMENT</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Order Denying *In Forma Pauperis* Status and Dismissing Case issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 26th day of January, 2010.

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**